AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

JUL 2 2 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| David Elliott Pritt | ) | 2:26-mj-00073 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 2025 - July 2026 _____ in the county of _____ Fayette _____ in the

_____ Southern _____ District of _____ West Virginia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2422(b) | Enticement of a Minor |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

TERRANCE L
TAYLOR

Digitally signed by TERRANCE L
TAYLOR
Date: 2026.07.20 16:41:27 -04'00'

_____
*Complainant's signature*

HSI Special Agent Terrance L. Taylor
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone (specify reliable electronic means).

Date: _July 21, 2026_

_____
*Judge's signature*

City and state: _____ Charleston, West Virginia _____    Dwane L. Tinsley, United States Magistrate Judge
_____
*Printed name and title*