SEALED

## AFFIDAVIT

I, Terrance L. Taylor, being duly sworn, do hereby depose and state the following:

## INTRODUCTION

1.      I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"). I have been a Special Agent with HSI since March 2012. I retired from HSI in December 2024 and was rehired by HSI in September 2025. I am currently assigned to the Office of the Resident Agent in Charge, HSI Charleston, West Virginia. During my career, I gained experience in conducting investigations involving computers and the procedures that are necessary to retrieve, collect, and preserve electronic evidence. Through my training and experience—including on-the-job discussions with other law enforcement agents and cooperating suspects—I am familiar with the operational techniques and organizational structure of child pornography distribution networks as well as the traits and characteristics of child pornography collectors and possessors and their use of computers or other electronic and media devices to facilitate the collection, possession, trading, distribution, access and receipt of child pornographic materials.

2.      I am a Special Agent with twenty-four years of federal law enforcement experience..  Prior to my employment with HSI, I was a Police Officer for two years in Huntington, West Virginia, a Special Agent with the United States Department of State-Bureau of Diplomatic Security for six years, a Special Agent with the Naval Criminal Investigative Service for two years, and a Special Agent with the United States Department of State-Office of Inspector General for two years. I am a graduate of three federal law enforcement academies at the Federal Law Enforcement Training Center ("FLETC") and a graduate of the West Virginia

State Police Academy. I graduated from the Criminal Investigator Training Program in 2002, and the Immigration and Customs Enforcement Special Agent Training Program in 2012. As part of these programs, I received extensive training in the areas of law within the jurisdiction of HSI. These areas include laws and regulations pertaining to the importation of various types of merchandise and contraband, prohibited items, money laundering, and various immigration violations. I have more specifically received training in the areas of child pornography and the sexual exploitation and abuse of children. This training includes specialized instruction on how to conduct criminal investigations related to violations of child protection laws pursuant to Title 18, United States Code, Sections 2251, 2252, 2252A, 2256, and 2422.

3.      I make this affidavit in support of an application for a criminal complaint against DAVID ELLIOTT PRITT ("PRITT"), age 36, charging him with a violation of 18 U.S.C. § 2422(b). That statute makes it illegal for any person to use any facility or means of interstate commerce to knowingly persuade, induce, entice, or coerce a minor to engage in any sexual activity for which any person can be charged with a criminal offense, including the criminal offense of production of child pornography in violation of 18 U.S.C. § 2251(a).

4.      The information contained in this affidavit is based on information I gathered myself in the investigation and information I obtained from other law enforcement officers involved in this investigation.

5.      Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have attempted to summarize the most relevant facts that establish the requisite probable cause. Therefore, I have not included each and every fact of this investigation.

## PROBABLE CAUSE

6.      On or about July 9, 2026, the family of a 15-year-old female ("Minor Female 1") reported to law enforcement that she had been sexually abused by PRITT. The next day, on July 10, 2026, Minor Female 1 underwent a forensic interview regarding the allegations. PRITT has been identified as high school teacher in Fayette County who was previously a middle school teacher in Fayette County.

7.      Per Minor Female 1, when she was in the eighth grade (in approximately 2024-2025), PRITT began to communicate with her and at least one other female student outside of school. This communication began on the online game Roblox and then transitioned to Snapchat. Both Roblox and Snapchat operate over the Internet or cellular networks, and therefore any communications via those platforms are conducted over a means and facility of interstate commerce.

8.      PRITT eventually began communicating on Snapchat directly with Minor Female 1, and the conversations gradually became more personal, with each sharing their personal lives and problems with each other. By the end of her eighth-grade year, PRITT had told Minor Female 1 that he loved her.

9.      During the summer of 2025, PRITT sent a photograph of himself to Minor Female 1 on Snapchat. In the photo, which depicting only the lower half of his body, PRITT was wearing pajama pants and was visibly aroused. He began requesting Minor Female 1 to take and send him images of herself. While the pictures Minor Female 1 initially sent via Snapchat were innocuous, at PRITT's request and direction they became increasingly more explicit. Eventually, PRITT was requesting nude photographs of Minor Female 1's pubic area over Snapchat, and Minor Female 1

complied by taking the requested images and videos of herself and sending them to PRITT via Snapchat. PRITT also began to send more sexually explicit images and videos of himself, including videos of himself masturbating to the images and videos he asked Minor Female 1 to produce and send to him. Minor Female 1 exchanged these kinds of images with PRITT during 2025 and 2026.

10. Minor Female 1 stated that during late 2025, PRITT also initiated a physical relationship with her. He would discuss with Minor Female 1 over Snapchat the kinds of sexual activities he wanted to engage in with her, including telling her one evening how he was saving himself in order to engage with sexual activity with her on the next day. PRITT would send Minor Female 1 messages requesting her to meet him in his classroom at Oak Hill High School in Fayette County, West Virginia. At PRITT's request, Minor Female 1 touched his penis with her hand and performed oral sex on him in his classroom on approximately five to ten occasions. Minor Female 1 indicated that PRITT would ejaculate on these occasions. The last physical sexual encounter between Minor Female 1 occurred in approximately December 2025 or January 2026. However, PRITT continued to communicate with Minor Female 1 on Snapchat until July 2026 and continued to request that she send him sexually explicit photographs.

11. On or about June 20, 2026, PRITT exchanged messages with Minor Female 1 asking her to not tell anyone about what had happened between them. He told her that if she said anything then "the state police show up and take your phone and mine and open up hell in our lives. And because of me it would very much not be a low key. It would be in the news. It would be awful. For both of us. And I would lose my entire life." Information obtained by law enforcement indicate that these messages were sent by PRITT because 1) Minor Female 1

identified the account as belonging to PRITT; 2) location data for the account placed the user at PRITT's residence; and 3) the previous username for the account was "elliottpritt16."

12.    At the time of these events, both Minor Female 1 and PRITT resided in Fayette County, West Virginia.

## CONCLUSION

13.    Based upon the information provided above, your affiant alleges that there exists probable cause to believe that DAVID ELLIOTT PRITT knowingly violated 18 U.S.C. § 2422(b) in that between in and about May 2025 and July 2026, in and around Fayette County, West Virginia, he knowingly used a means and facility of interstate commerce to persuade, induce, entice, or coerce Minor Female 1 to produce child pornography and to engage in conduct that violated West Virginia Code §61-8B-5 (sexual assault in the third degree).

Further your Affiant sayeth naught.

TERRANCE L
TAYLOR

Digitally signed by TERRANCE L
TAYLOR
Date: 2026.07.20 16:42:38 -04'00'

SPECIAL AGENT TERRANCE L. TAYLOR
DEPARTMENT OF HOMELAND SECURITY
HOMELAND SECURITY INVESTIGATIONS

Sworn to by the Affiant telephonically in accordance with the procedures of Rule 4.1 this 21st day of July, 2026.

HON. DWANE L. TINSLEY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

5