# CourtSmart Tag Report

**Room:** Judge Tinsley Charleston
**Caption:** USA v. David Elliott Pritt

**Case No.:** 2:26-mj-00073
**Judge:** Judge Tinsley

**Type:** Initial Appearance on Complaint

**Started:** 7/22/2026 1:59:27 PM
**Ends:** 7/22/2026 2:05:13 PM          **Length:** 00:05:46

Judge Dwane L. Tinsley
Courtroom Deputy: Kim Begovich
Defendant: David Elliott Pritt
Assistant U.S. Attorney: Jennifer R. Herrald
Assistant Federal Public Defender: Jonathan D. Byrne
Probation Officer: Shamika Wade
Court Reporter: CourtSmart

**INITIAL APPEARANCE**

| Time | Event |
|---|---|
| 2:00:31 PM | Judge Dwane L. Tinsley |
| 2:00:40 PM | Case called, noted appearances of counsel, and defendant present in courtroom |
| 2:00:59 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:01:39 PM | Defendant: David Elliott Pritt |
| 2:01:41 PM | Stated personal information |
| 2:01:54 PM | Judge Dwane L. Tinsley |
| 2:01:56 PM | Reviewed financial affidavit and defendant does qualify for court-appointed counsel |
| 2:02:01 PM | Ordered the appointment of the Office of the FPD |
| 2:02:16 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 2:02:38 PM | Stated violation(s) in charging document and possible penalties |
| 2:02:56 PM | You have the right to a preliminary hearing. |
| 2:03:01 PM | Defendant shall next appear for a preliminary hearing on Monday, July 27, 2026, at 2:00 p.m. |
| 2:03:21 PM | The United States has filed a Motion for Detention Hearing |
| 2:03:31 PM | Detention will be heard at that same time |
| 2:03:51 PM | Due Process Protection Act of 2020 |
| 2:04:38 PM | Ordered the defendant detained and remanded to USMS custody pending the next hearing |
| 2:04:54 PM | Anything else counsel wishes to address? |
| 2:04:59 PM | Hearing Adjourned |