**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No. 2:26-mj-00073**

**DAVID ELLIOTT PRITT**

**O R D E R**

On July 22, 2026, the defendant appeared for the purpose of an initial appearance on a criminal complaint filed against him.   Jennifer R. Herrald, Assistant United States Attorney, was present for the United States and Jonathan D. Byrne, Assistant Federal Public Defender, was present for the defendant.   Also present was Shamika Wade, United States Probation Officer.

The defendant was not called upon to plead.   The Court informed the defendant of the charge in the complaint, of his right to counsel, and of matters relating to conditions of release.   The Court further informed the defendant that he was not required to make a statement and that any statement made by the defendant may be used against him.

The Court found the defendant qualifies for court-appointed counsel based upon the financial affidavit submitted by defendant.   It is **ORDERED** that the Office of the Federal Public Defender is appointed as counsel to represent the defendant in this matter.

Pursuant to the provisions of Rule 5.1, Federal Rules of Criminal Procedure, it is hereby **ORDERED** that a preliminary hearing in this case is scheduled for *Monday, July 27, 2026, at 2:00 p.m.* in Charleston.

Upon consideration of the Motion for Detention Hearing filed by the United States, and pursuant to the provisions of Title 18, United States Code, 3142(f), it is hereby **ORDERED** that the motion is **GRANTED** and the detention hearing shall also take place on *July 27, 2026, at 2:00 p.m.* in Charleston.

Accordingly, it is **ORDERED** that the defendant is detained and remanded to the custody of the United States Marshal pending further proceedings in this matter.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:**    July 22, 2026

Dwane L. Tinsley
United States Magistrate Judge

2