AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

~~SEALED~~

| | |
|---|---|
| United States of America<br>v.<br><br>David Elliott Pritt<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.   2:26-mj-00073<br><br><br>REC'D USMS CHARLESTON ,WV<br>JUL 23 2026 AM9:09 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    David Elliott Pritt                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2422(b) - Enticement of a Minor

**FILED**

**JUL 2 3 2026**

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Date: July 21, 2026

_____
*Issuing officer's signature*

City and state:     Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  07/21/2026 and the person was arrested on *(date)*  07/22/2026<br>at *(city and state)*   Oak Hill, WV        .<br><br>Date:   07-22/2026          _____<br>                                                *Arresting officer's signature*<br><br>                                                Terrence W Taylor - Special Agent<br>                                                *Printed name and title* |