**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                              **Case No.: 2:26-mj-00073**

**DAVID ELLIOTT PRITT**

**O R D E R**

The Court previously scheduled a preliminary hearing and detention hearing regarding the above matter for *Monday, July 27, 2026, at 2:00 p.m.* in Charleston.

For reasons known to the Court, it is hereby **ORDERED** that the preliminary hearing and detention hearing shall now take place on ***Monday, July 27, 2026, at 3:30 p.m.*** in Charleston.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:**    July 27, 2026

Dwane L. Tinsley
United States Magistrate Judge