# CourtSmart Tag Report

**Room:** Judge Tinsley Charleston    **Case No.:** 2:26-mj-00073    **Type:** Preliminary and Detention Hearing
**Caption:** USA v. David Elliott Pritt    **Judge:** Judge Tinsley

**Started:** 7/27/2026 3:33:30 PM
**Ends:** 7/27/2026 3:39:55 PM    **Length:** 00:06:25

Judge Dwane L. Tinsley
Courtroom Deputy: Kim Begovich
Defendant: David Elliott Pritt
Assistant U.S. Attorney: Jennifer R. Herrald
Assistant Federal Public Defender: Christopher W. Maidona
Probation Officer: Patrick M. Fidler
Court Reporter: CourtSmart

**PRELIMINARY AND DETENTION HEARING**

| Time | Event |
|---|---|
| 3:34:36 PM | Judge Dwane L. Tinsley |
| 3:35:43 PM | Called case, noted appearances of counsel, defendant present in courtroom |
| 3:35:58 PM | Assistant Federal Public Defender: Christopher W. Maidona |
| 3:36:24 PM | The defendant wishes to waive the preliminary hearing and has signed the written waiver. |
| 3:36:43 PM | The waiver has been signed by the defendant and witnessed by counsel and will be filed with the Clerk. |
| 3:36:54 PM | Based on the waiver, probable cause is found and the defendant shall appear for further proceedings in this court. |
| 3:37:27 PM | Judge Dwane L. Tinsley |
| 3:37:30 PM | Court and parties review and discuss Pretrial Services Report |
| 3:37:37 PM | Assistant U.S. Attorney: Jennifer R. Herrald |
| 3:37:40 PM | No corrections |
| 3:37:45 PM | Assistant Federal Public Defender: Christopher W. Maidona |
| 3:37:47 PM | Correction to PTS Report |
| 3:38:19 PM | Judge Dwane L. Tinsley |
| 3:38:30 PM | We will now move to the detention hearing |
| 3:38:38 PM | Assistant Federal Public Defender: Christopher W. Maidona |
| 3:38:40 PM | Waving detention today and reserves the right to reopen |
| 3:38:56 PM | Judge Dwane L. Tinsley |
| 3:39:19 PM | Waiver will be filed with the Clerk and made a part of the record |
| 3:39:30 PM | Anything else counsel wishes to address? |
| 3:39:35 PM | Ordered the defendant detained and remanded to the custody of the US Marshals Service |
| 3:39:39 PM | Hearing Adjourned |