## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**UNITED STATES OF AMERICA**

**VS.**                                                    **Case No.: 2:26-mj-00073**

**DAVID ELLIOTT PRITT**

### WAIVER OF RIGHT TO A DETENTION HEARING

After consultation with my attorney, concerning my right to a detention hearing pursuant to Title 18, United States Code, Section 3142, I do hereby waive/give up my right to a detention hearing in the case now pending before this court.

I understand that based on my waiver and information provided to the court by the Pretrial Services Officer, the court will find that there is no condition or combination of conditions which will assure my appearance in court and/or the safety of the community.

_____
Defendant

Witness: _____

_____
Date 7/27/26