AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  2:26-mj-00073 |
| DAVID ELLIOTT PRITT | ) | |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

    I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

    I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 7/27/26

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Christopher Maidona
*Printed name and bar number of defendant's attorney*

_____
*Address of defendant's attorney*

_____
*E-mail address of defendant's attorney*

_____
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*