**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                    **Case No.: 2:26-mj-00073**

**DAVID ELLIOTT PRITT**

**O R D E R**

On July 27, 2026, came the United States of America by Jennifer R. Herrald, Assistant United States Attorney, and came the defendant in person and by counsel, Christopher W. Maidona, Assistant Federal Public Defender, for the purpose of preliminary and detention hearings as previously ordered by the Court.   Also present was Patrick M. Fidler, Senior United States Probation Officer.

The defendant waived his right to a preliminary hearing by executing a written waiver; whereupon the Court found probable cause to believe that the defendant committed the offense charged in the criminal complaint in violation of 18 U.S.C. § 2422(b).   Accordingly, it is hereby **ORDERED** that the defendant shall appear for further proceedings.

The United States previously filed a Motion for Detention Hearing, therefore, the Court proceeded to the detention hearing.   Counsel for the defendant advised the Court that the defendant did not contest detention at this time but reserved the right to revisit the issue at a later date.   The Court advised counsel to file an appropriate motion if he wished to reopen the issue of detention.   Counsel for defendant submitted a Waiver of Right to a Detention Hearing.   Therefore, the Court finds that the defendant knowingly and voluntarily signed the waiver and it will be filed with the Clerk.   Based on the written

waiver, the Court's consideration of the Pretrial Services Report and the factors pursuant to 18 U.S.C. § 3142(g), the Court concluded that there is no condition or combination of conditions of release which will reasonably assure the appearance of the defendant as required or the safety of other persons and the community at this time.

Accordingly, it is hereby **ORDERED** that the defendant is detained and remanded to the custody of the United States Marshal pending further proceedings.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:**   July 27, 2026

_____
Dwane L. Tinsley
United States Magistrate Judge

2