**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 2:26-mj-00073**

**DAVID ELLIOTT PRITT**

## NOTICE OF APPEARANCE OF ASSIGNED COUNSEL

Now comes Federal Public Defender Wesley P. Page and appears as assigned counsel of record for the defendant herein. All future correspondence, motions, pleadings, orders, notices, etc. should be sent to the undersigned at the address listed below. I further request that Christopher Maidona be removed from the Court's service list for this case.

Dated this 17th day of August, 2026.

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/Wesley P. Page**
Wesley P. Page, Bar Number: 10529
Attorney for Defendant
300 Virginia Street, East, Room 3400
Charleston, WV 25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: wesley_page@fd.org